**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ADA MARIANT NARVAEZ FLORES,

Plaintiff,

v. Case No: 8:25-cv-3223-CEH-CPT

DIRECTOR, Vermont Service Center, U.S. Citizenship and Immigration Services,

Defendant.

---

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 18). Plaintiff seeks to dismiss this matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Review of the docket reveals that Defendant has not filed an answer or a motion for summary judgment. Accordingly, it is **ORDERED**:

1. This case is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i).
2. The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on October 1, 2026.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

Copies furnished to: Counsel of Record; Unrepresented Parties